UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00876-ADA-HBK |
| Plaintiff, | ORDER VACATING INITIAL SCHEDULING CONFERENCE |
| v. | |
| EDWARD Y. AKHNANA and JAMILA Y. AKHNANA, | ORDER SETTING DEADLINE TO FILE MOTON FOR DEFAULT JUDGMENT OR SHOW CAUSE |
| Defendants. | DECEMBER 22, 2022 DEADLINE |

This matter comes before the court sua sponte. On August 17, 2022, Plaintiff requested entry of default as to Defendants Edward Y. Akhnana and Jamila Y. Akhnana. (Doc. No. 6). A Clerk's Entry of Default was entered the same day. (Doc. No. 7). Over three months have passed and Plaintiff has not moved for default judgment under Fed. R. Civ. P. 55(b)(2). Although Rule 55(b) does not specify a time within which a plaintiff must move for a default judgment, Rule 1 places an affirmative duty on both the court and counsel to ensure the "just, speedy, and inexpensive" determinations of federal cases. Fed. R. Civ. P. 1; *see Harvey v. United States*, 685 F.3d 939, 946 (10th Cir. 2012) (a plaintiff must promptly move for default judgment under Fed. R. Civ. P. 55); *see also Branded Online Inc. v. Holden LLC*, No. SA CV 15-0390-DOC (DFMx), 2016 WL 8849024, at *1 (C.D. Cal. Jan. 8, 2016) (requiring plaintiff to file Rule 55(b)(2) motion

by date specific or face dismissal).

Accordingly, it is **ORDERED**:

1. In light of the Clerk's Entry of Default, the Initial Scheduling Conference Set for April 20, 2023 at 11:00 AM (Doc. No. 3) is VACATED.

2. If Plaintiff so desires, Plaintiff shall file a motion for default judgment pursuant to Rule 55(b)(2) **on or before December 22, 2022** or show cause why the Court should not dismiss this action for failure to prosecute.

Dated:    November 22, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE