UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | Case No. 1:22-cv-00876-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| EDWARD Y. AKHNANA, Trustee of the AKHNANA FAMILY 2012 REVOCABLE TRUST, dba E & J KWIK SERV; JAMILA Y. AKHNANA, Trustee of the AKHNANA FAMILY 2012 REVOCABLE TRUST, dba E & J KWIK SERV, | |
| Defendants. | |

Plaintiff Darren Gilbert seeks to hold the Defendants liable for violations of Title III of the American, the California Unruh Act, and California Health and Safety Code §§ 19955, 19959. ECF No. 1. Following an order to show cause regarding jurisdiction, the assigned magistrate judge issued Findings and Recommendations, recommending the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims and dismiss the claims without prejudice pursuant to 28 U.S.C. § 1367(c)(4). ECF No. 13.

/////

/////

/////

The Findings and Recommendations were served on plaintiff[1] on August 16, 2023. Plaintiff was informed any objection must be filed within 14 days of the date of service. (*Id*. at 7-8). In addition, plaintiff was informed the "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheller*, 772 F.3d 834, 838-39 (9th Cir. 2014)). No objections were filed and the time to do so has expired.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Thus, the Court ORDERS:

1. The Findings and Recommendations issued on August 16, 2023 (Doc. No. 13) are ADOPTED in full.
2. The Court declines to exercise supplemental jurisdiction over plaintiff's claims arising under California's Unruh Act and Health & Safety Code.
3. Plaintiff's claims for violations of the Unruh Act and Cal. Health & Safety Code § 19955 and § 19959 are DISMISSED without prejudice.
4. This matter is referred back to the magistrate judge for further proceedings.

DATED: September 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Defendants have not appeared in this action and default was entered by the Clerk of Court. (Doc. No. 7).