UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>                     Plaintiff,<br><br>     v.<br><br>EDWARD Y. AKHNANA, et al.,<br><br>                     Defendants. | No. 1:22–cv–00876–KJM–CKD<br><br><br>ORDER |

      This matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72 and Local Rule 302(c)(19).  On November 21, 2023, the magistrate judge filed findings and recommendations, which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  That period has passed, and the parties have not filed objections.

      The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 16) are adopted in full.
2. Plaintiff's motion for default judgment (ECF No. 10) is GRANTED in part.
3. Judgment is entered in plaintiff's favor and against defendants.
4. Plaintiff is awarded attorneys' fees and costs in the amount of $3,984.25.
5. Defendants shall, within six (6) months of the date of this Order, make the facility accessible to plaintiff by making the following modifications to the property known as E & J Kwik Serv, located at 1700 Yosemite Boulevard in Modesto, California (facility), such that each item is brought into compliance with the accessibility requirements of the Americans with Disabilities Act and California Code of Regulations, Title 24, as follows:
    a. Provide a properly configured accessible route of travel from the designated accessible fuel pump to the facility entrance, and
    b. Provide a properly configured accessible curb ramp leading to the facility entrance.
6. Plaintiff's request for statutory damages is denied as moot.
7. The Clerk of Court is directed to close this case.

DATED: April 15, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE